SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 07-0027 MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING STATUS |
| v. ) | HEARING |
| ) | |
| ELEZE L. BENJAMIN, ) | |
| ) | |
| Defendant. ) | |

    On April 17, 2007, the parties appeared before the Court for Identification of Counsel. The Court set a status hearing for May 2, 2007, at 9:30 a.m. The parties hereby jointly request that this status hearing be continued to May 16, 2007, at 3:00 p.m. This continuance is requested to allow the parties to continue working towards a recommended disposition in the matter. Granting the continuance would allow the parties to solidify such an agreement and allow

//

//

//

Stipulation and [Proposed] Order

defense counsel adequate time to discuss the options with the defendant.

SO STIPULATED:

                          SCOTT N. SCHOOLS
                          United States Attorney

DATED: 5/1/2007        /s/ Derek Owens
                          DEREK R. OWENS
                          Special Assistant United States Attorney

DATED: 5/1/2007        /s/ Claudia Vetesi
                          CLAUDIA MARIA VETESI
                          Attorney for the Defendant

**ORDER**

The status hearing currently set before this Court on May 2, 2007, at 9:30 a.m., is hereby continued. The matter is reset for a status hearing before the Honorable Edward M. Chen on May 16, 2007, at 3:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/1/07

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation and [Proposed] Order